**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7562**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CRAIG O. COPLEY,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-90-47-HC)

———————

Submitted: July 8, 1999        Decided: July 14, 1999

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Craig O. Copley, Appellant Pro Se. Eileen Coffey Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Craig O. Copley appeals from the denial of his motion for a discharge hearing under 18 U.S.C.A § 4246 (West 1985 & Supp. 1999). We find that, in his motion, Copley failed to present any evidence of changed circumstances since his conditional release only months before. Additionally, we have carefully reviewed the entire record and, in particular, the circumstances of Copley's previous revocations of conditional release, and we find no reversible error. Therefore, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2